**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Kurt C. Fabrick | Chapter: 7 |
| Debtor, | Case No: 10−18706 |
| | Judge Joan N. Feeney |

## NOTICE TO ADDED CREDITORS

A bankruptcy case concerning the debtor listed above was filed on **8/11/10**. On **SEPTEMBER 10, 2010**, schedules of creditors filed by the above−named debtor(s) were amended to include your name.

The filing of a bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the bankruptcy code, you may be penalized. You may wish to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy court clerk's office. Please note that the staff at the bankruptcy court clerk's office are prohibited from giving legal advice.

The trustee in this case is:
Mark G. DeGiacomo
Murtha Cullina LLP
99 High Street
Boston, MA 02110

A meeting of creditors was scheduled to be held or will be held pursuant to 11 U.S.C. § 341(a), on **9/14/10**. Please note that the deadline to file an objection to the debtor's claimed exemption is thirty (30) days after the conclusion of the meeting of creditors.

**Please be aware of the following important deadlines:**

☑ Complaint objecting to the discharge of the debtor and/or to have a debt declared non−dischargeable, must be received by the bankruptcy clerk's office on or before **NOVEMBER 15, 2010**.

☐ Deadline to file Proof of Claim for Added creditors only is .

The attorney for the debtor is:
Richard A. Mestone
Mestone Hogan LLC
459 Broadway
Suite 204
Everett, MA 02149

If you desire further case−related information, please contact the attorney for the debtor or if there is no attorney listed, contact the above−named trustee.

Date:9/10/10

By the Court,

Elizabeth Lombard
Deputy Clerk
617−748−5321

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: elombard              Page 1 of 2                   Date Rcvd: Sep 10, 2010
Case: 10-18706                 Form ID: ntcacred           Total Noticed: 83


The following entities were noticed by first class mail on Sep 12, 2010.
db           +Kurt C. Fabrick,    1 Clinton Path, Unit #1,    Brookline, MA 02445-4207
aty          +Charles J. Domestico,    Domestico Lane & McNamara, LLP,    The Meadows,    161 Worcester Road,
               Framingham, MA 01701-5352
aty          +Jane Albrecht,    Jack Mikels & Associates, LLP,    1 Batterymarch Park Suite 309,
               Quincy, MA 02169-7484
aty          +Richard A. Mestone,    Mestone Hogan LLC,    459 Broadway,    Suite 204,    Everett, MA 02149-3614
aty          +Walter M. Lupan,    Grassia, Murphy & Lupan, P.A.,    5 Commonwealth Road,    Natick, MA 01760-1526
aty          +William S. Feingold,    18 Olds Towne Road,    PO Box 103,    Lynnfield, MA 01940-0103
tr           +Mark G. DeGiacomo,    Murtha Cullina LLP,    99 High Street,    Boston, MA 02110-2327
ust          +John Fitzgerald,    Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
cr           +RBS Citizens, N.A.,    c/o Jack Mikels & Associates, LLP,    1 Batterymarch Park,    Suite 309,
               Quincy, MA 02169-7484
cr           +TD Bank, N.A.,    c/o Walter M. Lupan, Esq.,    Grassia, Murphy and Lupan, P.A.,
               5 Commonwealth Road,    Natick, MA 01760-1526
17681290     +American Express,    C/O Beckett And Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17681291     +BAC Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
17681293     +Bank of America,    Po Box 15026,    Wilmington, DE 19850-5026
17723759     +Bank of America,    PO Box 15102,    Wilmington, DE 19886-5102
17723758     +Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
17681294     +Bank of America,    Attn. Bankruptcy NC4-105-02-14,    Po Box 26012,    Greensboro, NC 27420-6012
17681295     +Bank of America,    Attn. Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
17681292     +Bank of America,    Attn. Bankruptcy NC4-105-02-99,    Po Box 26012,    Greensboro, NC 27420-6012
17723757     +Bank of America,    C/O ER Solutions, Inc.,    PO Box 9004,    Renton, WA 98057-9004
17723760     +Brian Aylward,    American Express Bank,    5 Essex Green Drive,    Peabody, MA 01960-2929
17723761     +Brian C. Engelhardt, Esq.,    1566 Medical Drive,    Pottstown, PA 19464-3229
17723762      Burns Mechanical Corp.,    10 Rear Columbus Ave.,    Waltham, MA 02451
17695317     +Cambridge Trust Company,    c/o William S. Feingold, Esq.,    18 Olde Towne Road,    PO Box 103,
               Lynnfield, MA 01940-0103
17723763     +Cambridge Trust Company,    1336 Massachusetts Avenue,    Cambridge, MA 02138-3829
17723765     +Capital One Bank (U.S.A.), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
17723766     +Century Bank,    400 Mystic Avenue,    Medford, MA 02155-6316
17681297     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17723767     +Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
17723768     +Ciena Capital, LLC,    PO Box 26507,    Greenville, SC 29616-1507
17681298     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
17723769     +Citi Cards,    PO Box 6077,    Sioux Falls, SD 57117-6077
17723771     +CitiFinacial Services, Inc.,    Bankruptcy Department,    PO Box 140489,    Irving, TX 75014-0489
17723770     +Citibank N.A.,    Box C619 Bay Ridge Station,    Brooklyn, NY 11220-9619
17681299     +Citifinancial,    Customer Service,    6801 Colwell Blvd.,    Irving, TX 75039-3198
17723772     +Citizens Bank,    Customer Service Center,    PO Box 42001,    Providence, RI 02940-2001
17723773     +Citizens Financial Group,    C/O AFNI,    404 Brock Drive,    Bloomington, IL 61701-2654
17723774     +Cohn & Dussi, LLC,    Attn: Lewis J. Cohn, Esq.,    300 Trade Center, Ste 3700,
               Woburn, MA 01801-7483
17723775     +Creditors Financial Group, LLC,    PO Box 440290,    Aurora, CO 80044-1500
17723776     +Dell Financial Services LP,    One Dell Way,    Round Rock, TX 78682-7000
17723777     +Direct Capital Corporation,    155 Commerce Way,    Portsmouth, NH 03801-3243
17723778     +Donald Seely Jr.,    Capital One Bank, N.A.,    1661 Worcester Road, Suite 401,
               Framingham, MA 01701-5405
17681300     +Elan Financial Service,    Po Box 5229,    Cincinnati, OH 45201-5229
17723779     +Enterprise Funding,    Assignee Of Benchmark Funding Groups,    4308 Three Mills Rd. NW,
               Grand Rapids, MI 49534-1137
17723780     +FIA Card Services, N.A.,    655 Papermill Road,    Newark, DE 19711-7500
17723781     +First Equity Card Corp,    PO Box 23029,    Columbus, GA 31902-3029
17723782     +GE Capital,    PO Box 7247-0371,    Philadelphia, PA 19170-0001
17723783     +Glaxo Smith Kline Pharmaceuticals,    PO Box 740415,    Atlanta, GA 30374-0415
17723785     +Group Financial Services,    70 Arrow Road #5,    Hilton Head, SC 29928-7336
17723784     +Group Financial Services,    PO Box 41602,    Philadelphia, PA 19101-1602
17723804     +Henry Schein,    135 Duryea Road,    Melville, NY 11747-3834
17723805     +Home Depot Credit Services,    PO Box 6029,    The Lakes, NV 88901-6029
17723806     +Hunton & Williams LLP,    ATTN. Peter S. Partee,    200 Park Avenue, 53rd Floor,
               New York, NY 10166-0091
17723807     +IKON Financial Services,    PO Box 9115,    Macon, GA 31208-9115
17723808     +IKON Financial Services,    PO Box 41564,    Philadelphia, PA 19101-1564
17681645    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,      Insolvency Unit,    PO Box 21126,
               Philadelphia, PA 19114)
17723788     +LTD Financial Services, LP,    7322 Southwest Freeway, Ste 1600,    Houston, TX 77074-2053
17723809      Law Office Of Howard Lee Schiff,    340 Main Street,    Worcester, MA 01608-1603
17723787     +Lewis J. Cohn, Esq.,    Cohn & Dussi LLC,    300 Trade Center Ste 3700,    Woburn, MA 01801-7483
17681301     +M & I Swift Financial,    409 Silverside Rd., Suite 205,    Wilmington, DE 19809-1772
17723790     +Marlin Leasing Corp.,    Northeastern Division,    300 Fellowship Road,
               Mount Laurel, NJ 08054-1201
17681646     +Massachusetts Department of Revenue,    Bankruptcy Unit,    P.O. Box 9564,    Boston, MA 02114-9564
17723791     +McKessonMedical Surgical,    PO Box 740215,    Cincinnati, OH 45274-0215
17723792     +Merck & Co, Inc,    PO Box 5254,    Carol Stream, IL 60197-5254
17723794     +RBS Citizens,    Customer Service Center,    PO Box 42001,    Providence, RI 02940-2001
17723795     +Regional Adjustment Bureau, Inc.,    PO Box 34111,    Memphis, TN 38184-0111
17723796     +Sovereign Bank,    601 Penn Street,    Reading, PA 19601-3544
17723797     +St. Elizabeth’s Medical Center,    PO Box 5-0655,    Woburn, MA 01815-0655
17723798     +Susquehanna Commercial Finance, Inc,    1566 Medical Drive, Suite 201,    Potttstown, PA 19464-3229
17723799     +Symco Medical Billing LLC,    PO Box 599,    Brookline, MA 02446-0005
```

```
District/off: 0101-1          User: elombard              Page 2 of 2              Date Rcvd: Sep 10, 2010
Case: 10-18706                Form ID: ntcacred           Total Noticed: 83

17723800     +TD Bank,    PO Box 5600,    Lewiston, ME 04243-5600
17723801     +WebMD,    PO Box 32752,    Hartford, CT 06150-2752
17723802     +Wells Fargo,    Payment Processing Center,    PO Box 6426,    Carol Stream, IL 60197-6426
17723803     +Zwicker & Associates,    American Express Centurion Bank,    80 Minuteman Road,
               Andover, MA 01810-1008
The following entities were noticed by electronic transmission on Sep 10, 2010.
17681289      E-mail/Text: bkr@cardworks.com                                  Advanta Bank Corp,    Po Box 844,
               Spring House, PA   19477
17723756     +E-mail/Text: support@amscollections.com                              Allen Maxwell & Silver,
               190 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2533
17723764     +E-mail/Text: jraichel@cms-collect.com                            Capital Management Services LP,
               726 Exchange St Ste 700,    Buffalo, NY 14210-1464
17681296     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 11 2010 00:21:28      Capital One, N.A.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
17723766     +E-mail/Text: MSpadoni@century-bank.com                          Century Bank,    400 Mystic Avenue,
               Medford, MA 02155-6316
17723810     +E-mail/Text: ebn@phinsolutions.com                              Law Offices Of Mitchell N. Kay, PC,
               PO Box 9123,    Newton, MA 02459-9123
17723786     +E-mail/Text: bankruptcyaccounts@resourceamerica.com                          Leaf Funding, Inc.,
               300 Outlet Pointe Blvd., Ste 300B,    Columbia, SC 29210-5658
17723789     +E-mail/Text: bankruptcy@lgw.com                              Lustig, Glaser & Wilson, PC,
               PO Box 9127,    Needham, MA 02492-9127
17723793     +E-mail/Text: apbankruptcy@us.ngrid.com                              National Grid,
               C/O Associated Credit Services, Inc.,    105B South Street,    Hopkinton, MA 01748-2206
17681302     +Fax: 781-970-5630 Sep 10 2010 23:00:36     US Alliance Federal Credit Union,    600 Midland Ave,
               Rye, NY 10580-3902
17681303     +E-mail/PDF: bankruptcyverizoncom@afni.com Sep 11 2010 00:21:45     Verizon New England Inc,
               Attn. Bankruptcy,    3900 Washington St,    Wilmington, DE 19802-2125
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2010**          **Signature:**     *Joseph Speetjens*