**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re: Kurt C. Fabrick
Debtor,

Chapter: 7
Case No: 10–18706
Judge Joan N. Feeney

---

### *CLAIMS REGISTER AND COURT FEE SUMMARY*

☑ Enclosed please find the Claims Register you requested in the above–referenced case. This claims register is for **informational purposes only.** Trustees are required to review the physical file and the claims at the court before preparing a distribution report.

☐ As of the date of this notice and after a diligent search of the records, the Clerk's office found no Proofs of Claim filed in the above–referenced case.

The Court fees (Administrative fess) are calculated as follows:

| | | | |
|---|---|---|---|
| a) | Filing Fees | | $0.00 |
| b) | Deferred Fees | | $ |
| c) | Copies | | $ |
| d) | Other | | $ |

TOTAL DUE  $0.00

Date: 8/14/12

By the Court,

Mary Artesani
Deputy Clerk
617–748–5346

---

*PLEASE RETURN THIS FORM WITH YOUR PAYMENT*

**NOTE: DEBTORS CHECKS ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

- ◉ United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925